UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 1:14-cv-13912-PBS

WILLIAM NORKUNAS, Individually,

Plaintiff,

v.

NWBR, LLC d/b/a Revere Hotel
a Delaware limited liability company, and
NORTHWOOD HOSPITALITY, LLC
a Delaware limited liability company.

Defendant.

---

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation"), filed on December 8, 2014 (D.E. __).

THE COURT has considered the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41, this case is DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees and costs, except as provided for in the Settlement Agreement entered into by the parties. The Court hereby retains jurisdiction to enforce the Settlement Agreement.

DONE AND ORDERED this 12 day of December, 2014.

UNITED STATES DISTRICT JUDGE
PATTI B. SARIS

cc: Counsel of record via CM/ECF